1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   JIM MIKEL,                              )   No. C 09-5480 JSW (PR)
                                             )
12                  Plaintiff,               )   ORDER OF DISMISSAL
                                             )
13     vs.                                   )
                                             )   (Docket Nos. 5, 6, 9, 10, 14)
14   WARDEN,                                 )
                                             )
15                  Defendants.              )
                                             )
16                                           )

17         On November 18, 2009, Plaintiff filed in this Court a letter which the Clerk of
18  Court construed as a *pro se* civil rights action.  On the same day that the complaint was
19  filed, the Court sent a notification to Plaintiff informing him that he had neither paid the
20  filing fee nor submitted a complete application for leave to proceed in forma pauperis.
21  The Court also sent Plaintiff a notice that he must complete the Court's complaint form.
22  The Court provided a copy of the correct complaint and *in forma pauperis* application,
23  along with a return envelope, and a notification that the case would be dismissed if
24  Plaintiff failed to pay the fee or file the completed application and the complaint form
25  within thirty days.  More than thirty days has passed and Plaintiff has not responded to
26  the Court's notice or provided the necessary forms.  Plaintiff has filed numerous motions
27  and letters, which are largely incomprehensible.  Accordingly, this case is DISMISSED
28  without prejudice for failure to pay the filing fee and Petitioner's numerous motions

1 | DENIED as moot (docket nos. 5, 6, 9, 10, 14). The Clerk shall terminate all motions as
2 | decided by this order, close the file and enter judgment in this matter.
3 |     IT IS SO ORDERED.
4 | DATED: April 16, 2010

*/s/ Jeffrey S. White*

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM MIKEL,<br><br>        Plaintiff,<br><br>  v.<br><br>WARDEN, et al,<br><br>        Defendant.                     / | Case Number: CV09-05480 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jim Mikel
39790180
P.O. Box 1010
Bastrop, TX 78602

Dated: April 16, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk